# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MELISSA T. CULBERTSON<br><br><br><br>Debtor (s) | Case No. 21-30274-WRS<br>Chapter 13 |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, in the above-styled case, and objects to Court Claim #8 of Emergency Services Of Montgomery Pc. As grounds for said objection, the Trustee states as follows:

The creditor filed a Proof of Claim attempting to collect a debt that is beyond the applicable statute of limitations. Under Alabama Code § 6-2-37, a three (3) year statute of limitations applies to the type of debt listed on the creditor's Proof of Claim and documents attached thereto. The Trustee contends that a purpose would be served in the granting of this objection.

WHEREFORE, the Trustee objects to Court Claim #8 of Emergency Services Of Montgomery Pc, and moves this Honorable Court to disallow the claim, and for any such other relief as this Court deems proper.

Respectfully submitted this Tuesday, February 23, 2021.

                                                        Sabrina L. McKinney
                                                        Chapter 13 Standing Trustee

                                                        By: /s/ *Sabrina L. McKinney*
                                                        Sabrina L. McKinney
                                                        Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:(334) 262-8371
Fax:(334) 262-8599
Email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Court Claim #8 of Emergency Services Of Montgomery Pc on the parties listed below by either electronic mail or by First-Class U.S. Mail, postage prepaid and properly addressed, this Tuesday, February 23, 2021.

                                                                /s/ *Sabrina L. McKinney*
                                                                Sabrina L. McKinney
                                                                Chapter 13 Trustee

Copy to:  MELISSA T. CULBERTSON
             EMERGENCY SERVICES OF MONTGOMERY PC
             MARY CONNER POOL