**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                                    Case No. 21−30274
                                                                         Chapter 13
Melissa T. Culbertson ,

          Debtor.


## ORDER SUSTAINING OBJECTION TO CLAIM(S)

          An objection was filed to the claim(s) of *Emergency Services of Montgomery, PC*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

          **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.


Dated March 30, 2021


William R. Sawyer
United States Bankruptcy Judge