UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Melissa T. Culbertson ,

    Debtor.

Case No. 21−30274
Chapter 13

### NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF A FINANCIAL MANAGEMENT COURSE
**(Official Form 423)**

According to our records, the following items have not been filed within 45 days after the first date set for the § 341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the Debtor**
Melissa T. Culbertson

A debtor must complete an instructional course in personal financial management from an approved provider and file a certification of completion of the course (Official Form 423). Pursuant to Rule 5009(b), Federal Rules of Bankruptcy Procedure, this case may be closed without discharge unless Official Form 423 is filed within the applicable time limit under Rule 1007(c), Federal Rules of Bankruptcy Procedure.

A list of approved credit counseling agencies can be found on our website http:// www.almb.uscourts.gov.

A copy of Official Form 423 can be found on the US Courts website http:// www.uscourts.gov.

Dated May 14, 2021

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court

Middle District of Alabama

In re:                                                                                        Case No. 21-30274-WRS

Melissa T. Culbertson                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                                      User: admin                                       Page 1 of 2

Date Rcvd: May 14, 2021                               Form ID: nfmcdb                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

**Recip ID**                 **Recipient Name and Address**
db                       +   Melissa T. Culbertson, 3541 Cambridge Road, Montgomery, AL 36111-1917

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021                                       Signature:                  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor RPS Property Management LDarbyEsq@knology.net<br>bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Mary Conner Pool | on behalf of Debtor Melissa T. Culbertson mpool@bondnbotes.com<br>attorneypool@gmail.com;r62810@notify.bestcase.com;jhull@bondnbotes.com |
| Richard C. Dean, Jr. | on behalf of Creditor Auto Funding Group Auto Sales rdean@mindspring.com<br>collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |