UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Case No. 21-30274-WRS  
Chapter 13

MELISSA T. CULBERTSON,

    Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The Chapter 13 plan filed by the debtor came on for confirmation hearing on June 10, 2021.

The debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 15th day of June, 2021.

William R. Sawyer  
United States Bankruptcy Judge

c:    Debtor  
      Mary Conner Pool, Attorney for Debtor  
      Sabrina L. McKinney, Trustee  
      All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*

In re:  Case No. 21-30274-WRS
Melissa T. Culbertson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 3
Date Rcvd: Jun 15, 2021      Form ID: pdfALL      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melissa T. Culbertson, 3541 Cambridge Road, Montgomery, AL 36111-1917 |
| cr | + | RPS Property Management, Darby Law Firm, 441 High Street, Montgomery, AL 36104, UNITED STATES 36104-4607 |
| 4536235 | + | AMERICA'S CAR MART/COLONIAL AUTO FINANCE, PO BOX 2580, BENTONVILLE, AR 72712-7701 |
| 4536236 | + | AMERICA'S CAR-MART, 2911 EASTERN BLVD, MONTGOMERY, AL 36116-1023 |
| 4536238 | + | AUTO FUNDING GROUP AUTO SALES, C/O RICHARD C. DEAN, JR., P.O. BOX 1028, MONTGOMERY, AL 36101-1028 |
| 4536232 | + | EXPERIAN, PO BOX 9701, Allen, TX 75013-9701 |
| 4536242 | + | FIRST PREMIER BANK, DANA J. DYKHOUSE, CEO, 601 SOUTH MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 4536241 | | FIRST PREMIER BANK, P.O. BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 4536243 | | GINA J. ISHMAN, CLERK, P.O. BOX 1667, MONTGOMERY, AL 36102-1667 |
| 4536244 | + | LEE TOBLER, 2205 UPPER WETUMPKA ROAD #42, MONTGOMERY, AL 36107-1399 |
| 4536245 | + | RECEIVABLES PERFORMANCE, 20818 44TH AVE W, SUITE 140, LYNNWOOD, WA 98036-7709 |
| 4536247 | + | RPS PROPERTY MANAGEMENT, 400 EASTERN BLVD, STE 200, MONTGOMERY, AL 36117-2043 |
| 4536246 | + | RPS PROPERTY MANAGEMENT, C/O DARBY LAW FIRM, LLC., PO BOX 3905, MONTGOMERY, AL 36109-0905 |
| 4536248 | + | SHAMARICK PARADISE, 2108 COLLEGE STREET, MONTGOMERY, AL 36106-2004 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4536233 | | Email/Text: EBNProcessing@afni.com | Jun 15 2021 20:31:00 | AFNI, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 4536234 | + | Email/Text: documentfiling@lciinc.com | Jun 15 2021 20:29:00 | ALABAMA POWER, C/O TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 4536237 | | Email/Text: g17768@att.com | Jun 15 2021 20:30:00 | AT&T, P.O. BOX 105503, ATLANTA, GA 30348-5503 |
| 4541817 | + | Email/Text: bankruptcy@car-mart.com | Jun 15 2021 20:30:00 | Americas Car-Mart INC, 1805 N 2nd ST STE 401, Rogers, AR 72756-2423 |
| 4542424 | + | Email/Text: smbk@heightsfinance.com | Jun 15 2021 20:29:00 | COVINGTON CREDIT AL0040, c/o SOUTHERN MANAGEMENT, ATTN BK, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 4536239 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 15 2021 20:30:00 | EMERGENCY SERVICES OF MONTGOMERY, C/O WAKEFIELD & ASSOCIATES, P.O. BOX 50250, KNOXVILLE, TN 37950-0250 |
| 4536240 | + | Email/Text: bknotice@ercbpo.com | Jun 15 2021 20:31:00 | ENHANCED RECOVERY CORP., 8014 BAYBERRY ROAD, JACKSONVILLE, FL 32256-7412 |
| 4556496 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 20:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4536249 | | Email/Text: smbk@heightsfinance.com | Jun 15 2021 20:29:00 | SMC/QUICK CREDIT, 101 N MAIN STREET, SUITE 600, GREENVILLE, SC 29601 |
| 4536250 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 15 2021 20:41:21 | SPRINT, ATTN: BANKRUPTCY DEPT, P.O. BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 4541682 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 20:40:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4536251 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 20:40:48 | T-MOBILE/ T-MOBILE USA INC., PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| 4536252 | + | Email/PDF: bk@worldacceptance.com | Jun 15 2021 20:40:43 | WORLD FINANCE, PO BOX 6429, GREENVILLE, SC 29606-6429 |
| 4547006 | + | Email/PDF: bk@worldacceptance.com | Jun 15 2021 20:40:43 | World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 4547005 | + | Email/PDF: bk@worldacceptance.com | Jun 15 2021 20:41:26 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Auto Funding Group Auto Sales, c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| 4548082 | * | Auto Funding Group Auto Sales, c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| intp | ##+ | Dexster Hawkins, 840 Buckingham Drive, Montgomery, AL 36116-2745 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021         Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor RPS Property Management LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Mary Conner Pool | on behalf of Debtor Melissa T. Culbertson mpool@bondnbotes.com |

| | |
|---|---|
| | attorneypool@gmail.com;r62810@notify.bestcase.com;jhull@bondnbotes.com |
| Richard C. Dean, Jr. | on behalf of Creditor Auto Funding Group Auto Sales rdean@mindspring.com collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5